THE PEOPLE OF THE STATE OF NEW YORK ex rel. FARM-ERS' LOAN AND TRUST COMPANY, as Executor and Trustee under the Will of HELEN C. BOSTWICK, Deceased, Appellant, *v.* HENRY M. GOLDFOGLE et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

(Argued June 6, 1930; decided July 8, 1930.)

*Mansfield Ferry* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (William H. King* and *Norman E. Gatens* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.